**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Apple Central KC, LLC, a Kansas limited liability company |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | Applebee's Neighborhood Grill & Bar |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 30-0863428 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| | C/O AFC Management, LLC |
| 170 Mason Street <br> Greenwich, CT 06830 | 170 Mason Street <br> Greenwich, CT 06830 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| County | See attached list |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 30, 2024
               MM / DD / YYYY

X /s/ Michael Rummel                                    Michael Rummel
Signature of authorized representative of debtor         Printed name

Title    Authorized Signatory

**18. Signature of attorney**

X /s/ Frank Wendt                              Date  October 30, 2024
Signature of attorney for debtor                     MM / DD / YYYY

Frank Wendt, Esq.
Printed name

Brown & Ruprecht, PC
Firm name

2323 Grand Blvd., Suite 1100
Kansas City, MO 64108
Number, Street, City, State & ZIP Code

Contact phone  (816) 292-7000      Email address  fwendt@brlawkc.com

13924 KS
Bar number and State

## LOCATION OF PRINCIPAL ASSETS

| OPERATING RESTAURANTS | |
| --- | --- |
| **STORE NO.** | **ADDRESS** |
| | |
| 79000 | 9330 East 350 Highway, Raytown, MO 64133 |
| 79002 | 11000 Metcalf Ave., Overland Park, KS 66210 |
| 79003 | 3404 Rainbow Blvd., Kansas City, KS 66103 |
| 79006 | 2912 S. Fourth St., Leavenworth, KS 66048 |
| 79008 | 16110 E. 135th St., Olathe, KS 66062 |
| 79011 | 1700 Village West Parkway, Kansas City, KS 66109 |
| 79028 | 6069 Antioch, Gladstone, MO 64119 |
| 79031 | 1100 North 7 Hgwy., Blue Springs, MO 641014 |
| 79020 | 1501 N.E. Douglas St., Lee's Summit, MO 641086 |
| | |
| **LEASED LOCATIONS SUBLEASED TO THIRD PARTIES** | |
| | |
| **STORE NO.** | **ADDRESS** |
| | |
| 79010 | 7901 W. 151st St., Overland Park, KS 66223 |
| 79017 | 701 Melody Lane, Lee's Summit, MO 641063 |

Fill in this information to identify the case:

Debtor name    Apple Central KC, LLC, a Kansas limited liability company

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known):

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 385 OKS LLC 4622 Pennsylvania Ave Suite 700 Kansas City, MO 64112 | | | | | | $32,563.49 |
| AFC Management LLC 8140 Ward Pkwy, Suite 120 Kansas City, MO 64114-2029 | | | | | | $18,927.07 |
| Bear Global Construction Inc. 515 9th St #294 Bradenton, FL 34208 | | | | | | $15,641.39 |
| California Tigers, LLC c/o The R.H. Johnson Company 4520 Madison Ave, Suite 300 Kansas City, MO 64111 | Steve #79017 Detention Pond Repair | | Contingent | | | $5,333.33 |
| Comcast Business Services 7250 S. Havana St. Suite 200 Englewood, CO 80112 | | | | | | $4,606.25 |
| Dwyane Jay Denison P.O. Box 44690 Boise, ID 83711 | | | | | | $17,812.49 |
| G&G Real Estate Investments 166 West Putnam Ave. Greenwich, CT 06830 | | | | | | $250,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kansas Liquor Tax | | | | | | $12,252.08 |
| Kansas Sales Tax | | | | | | $116,035.82 |
| MO Sales Tax | | | | | | $27,226.32 |
| Norman L. Steele 1220 SW 21st Lane Boca Raton, FL 33486 | | | | | | $4,659.70 |
| Pegnato Roof Intelligence 4553 Glencoe Ave. Suite 155 Marina Del Rey, CA 90292 | | | | | | $54,871.43 |
| Rainbow Legacy Investors LLC c/o Lane 4 Mgmt Inc 4705 Central St. Kansas City, MO 64112 | | | | | | $13,461.00 |
| Seyfarth Realty Corp. Attention Bryan Larsen P.O. Box 7611 Freehold, NJ 07728 | | | | | | $28,088.84 |
| Supreme Mechanical Solutions P.O. Box 24113 Overland Park, KS 66283 | | | | | | $8,036.20 |
| SYSCO Lincoln Inc 900 Kingbird Rd. Lincoln, NE 68521 | | | | | | $339,003.82 |
| The Metcalf Development LLC 6310 Lamar Suite 220 Mission, KS 66202 | | | | | | $5,948.00 |
| The Metcalf Development LLC 6310 Lamar, Ste. 220 Mission, KS 66202 | | | | | | $17,001.87 |
| Wassenburg Holdings, LLC 1313 N. 13th St. Marysville, KS 66508 | | | | | | $27,537.35 |
| Wassengberg Holdings LLC 1313 N. 13th St. Marysville, KS 66508 | | | | | | $26,317.50 |

Debtor name    Apple Central KC, LLC, a Kansas limited liability company

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**   AGA Kansas City, LLC

Creditor's Name

122 Stewart Drive
Aspen, CO 81611-8714

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
December 13, 2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Irrevocable Letter of Credit issued by Equity Bank

**Describe the lien**
Irrevocable Letter of Credit

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $416,666.70    Column B: $416,666.70

**2.2**   Equity Bank

Creditor's Name

7701 E. Kellogg, Ste. 100
Wichita, KS 67207

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
December 13, 2023

**Last 4 digits of account number**
3090

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
All Personal Property Assets

**Describe the lien**
Commercial Security Agreement, dated December 13, 2023

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: Unknown    Column B: $2,000,000.00

| Debtor | Apple Central KC, LLC, a Kansas limited liability company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
☐ Disputed

___

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $416,666.70

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Nicholas Zluticky<br>Stinson LLP<br>1201 Walnut Street<br>Suite 2900<br>Kansas City, MO 64106 | Line  2.2 | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2

Fill in this information to identify the case:

Debtor name    Apple Central KC, LLC, a Kansas limited liability company

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**

     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT SERVICES AGREEMENT, dated December 31, 2015. | AFC Management, LLC<br>170 Mason Street<br>Greenwich, CT 06830 |
| | State the term remaining | Ninety (90) days prior to the effective date of notice of termination. | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | APPLEBEE'S NEIGHBORHOOD GRILL & BAR FRANCHISE AGREEMENT, dated July 23, 2015, Applebee's Restaurant Store No. 79000, 9330 East 350 Highway, Raytown, Missouri 64133. | Applebee's Franchisor LLC<br>10 W. Walnut St.<br>5th Floor<br>Pasadena, CA 91103 |
| | State the term remaining | July 22, 2035 | |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | APPLEBEE'S NEIGHBORHOOD GRILL & BAR FRANCHISE AGREEMENT, dated July 23, 2015, Applebee's Restaurant Store No. 79002, 11000 Metcalf Ave., Overland Park, KS 66210. | Applebee's Franchisor LLC<br>10 W. Walnut St.<br>5th Floor<br>Pasadena, CA 91103 |
| State the term remaining | November 29, 2027 | |
| List the contract number of any government contract | | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | APPLEBEE'S NEIGHBORHOOD GRILL & BAR FRANCHISE AGREEMENT, dated July 23, 2015, Applebee's Restaurant Store No. 79003, 3404 Rainbow Blvd, Kansas City, Kansas 66103. | Applebee's Franchisor LLC<br>10 W. Walnut St.<br>5th Floor<br>Pasadena, CA 91103 |
| State the term remaining | May 31, 2027 | |
| List the contract number of any government contract | | |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | APPLEBEE'S NEIGHBORHOOD GRILL & BAR FRANCHISE AGREEMENT, dated July 23, 2015, Applebee's Restaurant Store No. 79006, 2912 S. Fourth St., Leavenworth, KS 66048. | Applebee's Franchisor LLC<br>10 W. Walnut St.<br>5th Floor<br>Pasadena, CA 91103 |
| State the term remaining | August 15, 2026 | |
| List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | APPLEBEE'S NEIGHBORHOOD GRILL & BAR FRANCHISE AGREEMENT, dated July 23, 2015, Applebee's Restaurant Store No. 79008, 11610 W. 135th St., Olathe, KS 66062. | Applebee's Franchisor LLC 10 W. Walnut St. 5th Floor Pasadena, CA 91103 |
|---|---|---|---|
| | State the term remaining | July 22, 2035 | |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | APPLEBEE'S NEIGHBORHOOD GRILL & BAR FRANCHISE AGREEMENT, dated July 23, 2015, Applebee's Restaurant Store No. 79009, 6800 Johnson Dr., Mission, KS 66202. | Applebee's Franchisor LLC 10 W. Walnut St. 5th Floor Pasadena, CA 91103 |
|---|---|---|---|
| | State the term remaining | July 22, 2035 | |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | APPLEBEE'S NEIGHBORHOOD GRILL & BAR FRANCHISE AGREEMENT, dated July 23, 2015, Applebee's Restaurant Store No. 79011, 1700 Village West Parkway, Kansas City, KS 66109. | Applebee's Franchisor LLC 10 W. Walnut St. 5th Floor Pasadena, CA 91103 |
|---|---|---|---|
| | State the term remaining | July 22, 2035 | |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | APPLEBEE'S NEIGHBORHOOD GRILL & BAR FRANCHISE AGREEMENT, dated July 23, 2015, Applebee's Restaurant Store No. 79028, 6069 Antioch, Gladstone, MO 64119. | Applebee's Franchisor LLC<br>10 W. Walnut St.<br>5th Floor<br>Pasadena, CA 91103 |
|---|---|---|---|
| | State the term remaining | June 30, 2027 | |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | APPLEBEE'S NEIGHBORHOOD GRILL & BAR FRANCHISE AGREEMENT, dated July 23, 2015, Applebee's Restaurant Store No. 79031, 1100 North 7 Highway, Blue Springs, MO 64014. | Applebee's Franchisor LLC<br>10 W. Walnut St.<br>5th Floor<br>Pasadena, CA 91103 |
|---|---|---|---|
| | State the term remaining | December 31, 2034 | |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | APPLEBEE'S NEIGHBORHOOD GRILL & BAR FRANCHISE AGREEMENT, dated July 23, 2015, Applebee's Restaurant Store No. 79020, 1501 N.E. Douglas Street, Lee's Summit, MO 64086. | Applebee's Franchisor LLC<br>10 W. Walnut St.<br>5th Floor<br>Pasadena, CA 91103 |
|---|---|---|---|
| | State the term remaining | June 12, 2028 | |
| | List the contract number of any government contract | | |

| Debtor 1 | Apple Central KC, LLC, a Kansas limited liability company | | Case number (if known) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Lease for Applebee's Restaurant Store No. 79000, 9330 East 350 Highway, Raytown, Missouri 64133. | Original Tenants/Assignors: Applebee's Restaurants Kansas LLC, Applebee's Restaurants Mid-Atlantic LLC, Applebee's Restaurants North LLC, Applebee's Restaurants Texas LLC, Applebee's Restaurants West LLC 450 N. Brand Blvd. 7th Floor Glendale, CA 91203 Attn: Real Estate Counsel |
|---|---|---|---|
| | State the term remaining | June 12, 2028 | |
| | List the contract number of any government contract | | Landlord: Seyfarth Realty Corp. 43 Nottingham Way Freehold, NJ 07728-1316 Attn: Bryan Larsen |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Lease for Applebee's Restaurant Store No. 79008, 11610 W. 135th St., Olathe, KS 66062. | Original Tenants/Assignors: Applebee's Restaurants Kansas LLC, Applebee's Restaurants Mid-Atlantic LLC, Applebee's Restaurants North LLC, Applebee's Restaurants Texas LLC, Applebee's Restaurants West LLC 450 N. Brand Blvd. 7th Floor Glendale, CA 91203 Attn: Real Estate Counsel |
|---|---|---|---|
| | State the term remaining | June 12, 2028 | |
| | List the contract number of any government contract | | Landlord: 3BS-OKS LLC c/o Block Real Estate Service 4622 Pennsylvania Ave. Kansas City, MO 64112 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Intentionally left blank. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Applebee's Restaurant Store No. 79010, 7901 W. 151st St., Overland Park, KS 66223.<br><br>June 12, 2028 | Original Tenants/Assignors:<br>Applebee's Restaurants Kansas LLC, Applebee's Restaurants Mid-Atlantic LLC, Applebee's Restaurants North LLC, Applebee's Restaurants Texas LLC, Applebee's Restaurants West LLC450 N. Brand Blvd.<br>7th Floor<br>Glendale, CA 91203<br>Attn: Real Estate Counsel<br><br>Landlord:<br>Royal Elk Investments, LLC<br>5432 N. Hickory Run<br>Boise, ID 83713<br>Attn: Dwayne Denison |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Applebee's Restaurant Store No. 79011, 1700 Village West Parkway, Kansas City, KS 66109.<br><br>September 20, 2031 | Original Tenants/Assignors:<br>Applebee's Restaurants Kansas LLC<br>450 N. Brand Blvd.<br>7th Floor<br>Glendale, CA 91203<br>Attn: Real Estate Counsel<br><br>Landlord:<br>Legends Partners, LLC<br>c/o Wassenberg Holdings<br>604 Center St.<br>Marysville, KS 66508<br>Attn: Ronda Wassenberg, Manager |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Applebee's Restaurant Store No. 79017, 701 Melody Lane, Lee's Summit, MO 64063.<br><br>June 12, 2028 | Original Tenants/Assignors:<br>Applebee's Restaurants Kansas LLC, Applebee's Restaurants Mid-Atlantic LLC, Applebee's Restaurants North LLC, Applebee's Restaurants Texas LLC, Applebee's Restaurants West LLC<br>450 N. Brand Blvd.<br>7th Floor<br>Glendale, CA 91203<br>Attn: Real Estate Counsel<br><br>Landlord:<br>701 Melody Lane Owner, LLC<br>c/o Norman Steele or Addea Dontino Steele<br>6000 Island Blvd., Suite 2108<br>Aventura, FL 33160 |

Case 24-21427    Doc# 1    Filed 10/30/24    Page 15 of 37

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBLEASE, dated July 23, 2015, Applebee's Restaurant Store No. 79020, 1501 N.E. Douglas Street, Lee's Summit, MO 64086.<br>June 12, 2028 | Original Tenants/Sublessors:<br>Applebee's Restaurants Kansas LLC, Applebee's Restaurants Mid-Atlantic LLC, Applebee's Restaurants North LLC, Applebee's Restaurants Texas LLC, Applebee's Restaurants West LLC<br>450 N. Brand Blvd.<br>7th Floor<br>Glendale, CA 91203<br>Attn: Real Estate Counsel<br><br>Landlord:<br>Gina Wood<br>345 Chesley Ave.<br>Mountain View, CA 94040 |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Applebee's Restaurant Store No. 79002, 11000 Metcalf Ave., Overland Park, KS 66210.<br>November 30, 2027 | Original Tenant/Assignor:<br>Applebee's Restaurants, Inc.<br>450 N. Brand Blvd.,<br>7th Floor<br>Glendale, CA 91203<br>Attn: Real Estate Counsel<br><br>Landlord:<br>THF Metcalf Development, L.L.C.<br>c/o Rubenstein Real Estate Co.<br>4400 Shawnee Mission Pkwy., Suite 209<br>Fairway, KS 66205 |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Applebee's Restaurant Store No. 79006, 2912 S. Fourth St., Leavenworth, KS 66048.<br>August 15, 2026 | Original Tenant/Assignor:<br>Applebee's Restaurants, Inc.<br>450 N. Brand Blvd.<br>7th Floor<br>Glendale, CA 91203<br>Attn: Real Estate Counsel<br><br>Landlord:<br>M.B.I., Inc.<br>555 Poyntz Ave., Suite 255<br>Manhattan, KS 66502<br>Attn: Angie Stokes, Vice President |

| Debtor 1 | Apple Central KC, LLC, a Kansas limited liability company | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.21.**  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | Lease for Applebee's Restaurant Store No. 79028, 6069 Antioch, Gladstone, MO 64119.  June 30, 2027 | Original Tenant/Assignor: Applebee's Restaurants, Inc. 450 N. Brand Blvd., 7th Floor Glendale, CA 91203 Attn: Real Estate Counsel  Landlord: Curry Investment Company 2700 Kendallwood Parkway, Suite 208 Gladstone, MO 64119 |
| **2.22.**  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | Lease for Applebee's Restaurant Store No. 79031, 1100 North 7 Highway, Blue Springs, MO 64014.  December 31, 2029 | Original Tenant/Assignor: Applebee's Restaurants, Inc. 450 N. Brand Blvd., 7th Floor Glendale, CA 91203 Attn: Real Estate Counsel  Landlord: Paulmike Realty Company, L.L.C. 222 Grand Ave. Englewood, NJ 07631 Attn: Michael Schmidt |
| **2.23.**  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | SUBLEASE, dated July 30, 2021, Applebee's Restaurant Store No. 79017 701 Melody Lane, Lee's Summit, MO 64063.  June 11, 2028 | Sublessee: El Catrin LLC 1403 W. College St. Jonesborough, TN 37659 Attn: J. Jesus Leon Perez |
| **2.24.**  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | SUBLEASE, dated April 4, 2022, Applebee's Restaurant Store No. 79010, 7901 W. 151st St., Overland Park, KS 66223.  May 13, 2028 | Sublessee: L O Morales Enterprises LLC 1205 S. Business 54 Fulton, MO 65251 Attn: Luis Morales |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 8 of 11

Case 24-21427    Doc# 1    Filed 10/30/24    Page 17 of 37

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Lease for Applebee's Restaurant Store No. 79003, 3404 Rainbow Blvd, Kansas City, Kansas 66103. | Landlord: Rainbow Legacy Investors II, LLC 4705 Central Street Kansas City, MO 64112 |
| | State the term remaining | March 31, 2033 | |
| | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Property Tax Consulting Services | Property Tax Advisory Group 11350 Switzer Road, Suite 120 Overland Park, KS 66210 |
| | State the term remaining | through 2025 | |
| | List the contract number of any government contract | | |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | WIFI Services | Charter Communications Operating, LLC aka Spectrum Enterprise 400 Atlantic Street Stamford, CT 06901 |
| | State the term remaining | 30 day termination notice | |
| | List the contract number of any government contract | | |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Energy and sustainability management services | Ecova, Inc. 9 Greenwich Office Park Greenwich, CT 06821 |
| | State the term remaining | Renews annually unless 90 day notice | |
| | List the contract number of any government contract | | |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Armored transportation of property and related services | Brink's U.S. a Division of Brink's Incorporated 1801 Bayberry Court P.O. Box 18100 Richmond, VA 23226-8100 |
| | State the term remaining | 60 day notice | |
| | List the contract number of any government contract | | |

| Debtor 1 | Apple Central KC, LLC, a Kansas limited liability company | | Case number (if known) | |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Tabletop Device System | E La Carte, Inc.<br>810 Hamilton Street<br>Redwood City, CA 94063 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Banking services | Skylight Financial Inc. and its affiliate Netspend Corporation<br>1455 Lincoln Parkway, Suite 200<br>Atlanta, GA 30346 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Computer network services | Netsurion, LLC<br>100 W. Cypress Creek Rd, Suite 530<br>Fort Lauderdale, FL 33309 |
|---|---|---|---|
| | State the term remaining | Renews annually unless 90 days notice | |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Alarm System | ADT Commercial LLC<br>1501 Yamato Road<br>Boca Raton, FL 33431 |
|---|---|---|---|
| | State the term remaining | June 24, 2026 | |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Computer services | ROS Technology Services, Inc.<br>8500 NW River Park, Suite 342<br>Kansas City, MO 64152 |
|---|---|---|---|
| | State the term remaining | Terminate with 30 day notice | |
| | List the contract number of any government contract | | |

| Debtor 1 | Apple Central KC, LLC, a Kansas limited liability company | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Facility Services and supplies | Cintas Corporation
6800 Cintas Blvd
Mason, OH 45040 |
|---|---|---|---|
| | State the term remaining | Terminate with 60 day notice | |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Security services | Envysion, Inc.
500 W. Monroe St.
Chicago, IL 60661 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name    Apple Central KC, LLC, a Kansas limited liability company

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 30, 2024    **X**   */s/ Michael Rummel*

Signature of individual signing on behalf of debtor

Michael Rummel
Printed name

Authorized Signatory
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Apple Central KC, LLC, a Kansas limited liability company

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 30, 2024     **X**   */s/ Michael Rummel*
                                 Signature of individual signing on behalf of debtor

                                   Michael Rummel
                                   Printed name

                                   Authorized Signatory
                                   Position or relationship to debtor

# United States Bankruptcy Court
### District of Kansas

In re   Apple Central KC, LLC, a Kansas limited liability company      Case No. _____

                                 Debtor(s)      Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     ☐ **FLAT FEE**

         For legal services, I have agreed to accept ............................ $ _____

         Prior to the filing of this statement I have received ............... $ _____

         Balance Due ....................................................................... $ _____

     ☑ **RETAINER**

         For legal services, I have agreed to accept and received a retainer of ......... $      0.00

         The undersigned shall bill against the retainer at an hourly rate of ............ $      375.00*
         [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
           *Hourly rates: Frank Wendt - $375.00; Seth Snyder - $250.00; Paralegal - $190.00
           Brown & Ruprecht, PC has received $92,010.10
           Debtor has agreed with Court approval to pay monthly

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

         The engagement does not include work after filing for defense of adversary actions. **CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

     October 30, 2024                  */s/ Frank Wendt*
     *Date*                                   Frank Wendt, Esq.
                                           *Signature of Attorney*
                                           Brown & Ruprecht, PC
                                           2323 Grand Blvd., Suite 1100
                                           Kansas City, MO 64108
                                           (816) 292-7000  Fax: (816) 292-7050
                                           fwendt@brlawkc.com
                                           *Brown & Ruprecht, PC*

385 OKS LLC
4622 Pennsylvania Ave
Suite 700
Kansas City MO 64112


701 Melody Lane Owner, LLC
600 Island Blvd, Suite 218
North Miami Beach FL 33160


A Lot A Cleaning
P.O. Box 284
Lees Summit MO 64063-0284


Academy Fire Life Safety LLC
42 Broadway
Suite 200
Lynbrook NY 11563


ADT Commercial LLC
1501 Yamato Rd
Boca Raton FL 33431


AFC Management LLC
8140 Ward Pkwy, Suite 120
Kansas City MO 64114-2029


AFC Management, LLC
170 Mason Street
Greenwich CT 06830


AGA Kansas City, LLC
122 Stewart Drive
Aspen CO 81611-8714


Air Filter Plus, Inc.
1205 Cardinal Dr.
Eudora KS 66025-9566


Ambrosi Bros Cutlery Inc
3023 Main St.
Kansas City MO 64108


Apple Central, LLC
170 Mason Street
Greenwich CT 06830

```
Applebee's Franchisor LLC
10 W. Walnut St.
5th Floor
Pasadena CA 91103


Applebee's Restaurants Kansas
450 N. Brand Blvd.
7th Floor
Attn: Real Estate Counsel
Glendale CA 91203


Applebee's Restaurants Mid-Atl
450 N. Brand Blvd.
7th Floord
Attn: Real Estate Counsel
Glendale CA 91203


Applebee's Restaurants North L
450 N. Brand Blvd.,
7th Floord
Attn: Real Estate Counsel
Glendale CA 91203


Applebee's Restaurants Texas L
450 N. Brand Blvd.
7th Floor
Attn: Real Estate Counsel
Glendale CA 91203


Applebee's Restaurants West LL
450 N. Brand Blvd.
7th Floor
Attn: Real Estate Counsel
Glendale CA 91203


Applebee's Restaurants, Inc.
450 N. Brand Blvd.,
7th Floor
Attn: Real Estate Counsel
Glendale CA 91203


Bear Global Construction Inc.
515 9th St #294
Bradenton FL 34208
```

Brink's U.S.
1801 Bayberry Court
Richmond VA 23226-8100


Brydon Swearengen & England PC
312 E CAPITOL AVE
Jefferson City MO 65102-0456


California Tigers, LLC
c/o The R.H. Johnson Company
4520 Madison Ave, Suite 300
Kansas City MO 64111


Central States Distributing
14220 Wyandotte St
Kansas City MO 64145


Cintas Corp No. 2
PO Box 88005
Chicago IL 60680


Cintas Corporation
6800 Cintas Blvd
Mason OH 45045


Coast to Coast Computer Prod
4277 Valley Fair Street
Simi Valley CA 93063


Comcast Business Services
7250 S. Havana St.
Suite 200
Englewood CO 80112


Corporate IT Solutions Inc.
1023 Calle Sombra
Unit B
San Clemente CA 92673


Dineequity Inc.
450 N Brand Blvd
Glendale CA 91203-4415

DS SL Holdings LLC
P.O. Box 21583
New York NY 10087-1583


Dwyane Jay Denison
P.O. Box 44690
Boise ID 83711


Dynamic Cards, Inc.
4805 STARKS RD
Cross Plains TN 37049-4895


E LA CARTE, INC
810 Hamilton St.
Oakland CA 94603


ECOLAB Food Safety Specialties
24198 Network Place
Chicago IL 60673-1241


ECOLAB Inc.
26397 Network Place
Chicago IL 60673-1263


ECOLAB Pest Elimination Div
26252 Network Place
Chicago IL 60673-1262


Ecova, Inc.
9 Greenwich Office Park
Greenwich CT 06821


Edward Don and Co Inc
2562 Paysphere Circle
Chicago IL 60674


El Catrin LLC
1403 W. College St.
Attn: J. Jesus Leon Perez
Jonesborough TN 37659


El Catvin LLC
1403 W. College Street
Jonesborough TN 37609

Engie Insight Services Inc.
1313 N. Atlantic St.
Suite 5000
Spokane WA 99201


Envysion Inc.
P.O. Box 669142
Dallas TX 75266-9142


Envysion, Inc.
500 W. Monroe St.
Chicago IL 60661


Epic Electric Service, Inc.
801 N. Chestnut
Kansas City MO 64120


Equity Bank
7701 E. Kellogg
Suite 100
Wichita KS 67207


Federal Express, Inc.
942 South Shady Grove Road
Memphis TN 38120


Fedex Infosync Account
1938 N Woodlawn
Suite 110
Fedex Account
Wichita KS 67208


G&G Real Estate Investments
166 West Putnam Ave.
Greenwich CT 06830


Gasket Guy of Greater KC LLC
DBA Gasket Guy KC
10645 Widmer
Lenexa KS 66215


Global Bioprotect LLC
2714 Uwharrie Rd
Somerset MA 02726-3000

```
Graphic Village LLC
4440 Creek Rd
Cincinnati OH 45242


Grease Guard LLC
2019 Corporate Lane
Suite 119
Naperville IL 60563


Heartland Plumbing, Inc.
15325 E GARDNER RD
Gardner KS 66030


HPI Direct Corp
785 Goddard Court
Alpharetta GA 30005


Impact Landscape LLC
5900 State Ave
Kansas City KS 66102


Kansas Liquor Tax


Kansas Sales Tax


L O Morales Enterprises LLC
1205 S. Business 54
Attn: Luis Morales
Fulton MO 65251


Lockbox 229
P.O. Box 7247
Philadelphia PA 19170-0001


Mahoney Environmental
37458 Eagle Way
Chicago IL 60678-1374


Major Brands-Kansas City
PO Box 804464
Kansas City MO 64180-4464
```

Marmic Fire & Safety Co Inc.
P.O. Box 874411
Lowell AR 72745


MO Sales Tax


MOBO Systems Inc.
99 Hudson St.
Floor 10
New York NY 10013


Mussers Cleaning and Rest LLC
1258 Howell St
Kansas City MO 64116


Netspend Corporation
1455 Lincoln Parkway
Suite 200
Atlanta GA 30346


Netsurion, LLC
100 W. Cypress Creek Rd
Suite 530
Fort Lauderdale FL 33309


New Pig Corporation
1 PORK AVE
Tipton PA 16684


Nicholas Zluticky
Stinson LLP
1201 Walnut Street
Suite 2900
Kansas City MO 64106


Norman L. Steele
1220 SW 21st Lane
Boca Raton FL 33486


NUCO2 LLC
P.O. Box 417902
Boston MA 02241-7902

Pegnato Roof Intelligence
4553 Glencoe Ave.
Suite 155
Marina Del Rey CA 90292


Property Tax Advisory Group
11350 Switzer Road, Suite 120
Overland Park KS 66210


Rainbow Legacy Investors II, L
4705 Central Street
Kansas City MO 64112


Rainbow Legacy Investors LLC
c/o Lane 4 Mgmt Inc
4705 Central St.
Kansas City MO 64112


Retail Technology Group Inc.
1663 Fenton Business Park Cour
Fenton MO 63026-2990


Rodriguez, Jose J III
9030 NE 103rd Terrace
Kansas City MO 64157


ROS Technology Services Inc
DBA Rosnet
8500 NW River Park Dr.
#342
Kansas City MO 64152


Safeguard Business Systems
P.O. Box 7247
Philadelphia PA 19170-0001


Seyfarth Realty Corp.
P.O. Box 7611
Attn: Bryan Larsen
Freehold NJ 07728


Snag A Job
32978 COLLECTIONS CENTER DR
Chicago IL 60693-0329

Spectrum Enterprise
400 Atlantic Street
Stamford CT 06901


Supreme Mechanical Solutions
P.O. Box 24113
Overland Park KS 66283


SYNQ3 Restaurant Solutions LLC
P.O. Box 75595
Chicago IL 60675-5595


SYSCO Lincoln Inc
900 Kingbird Rd.
Lincoln NE 68521


The ADT SEcurity Corp.
P.O. Box 872987
Kansas City MO 64187-2987


The Lock Doctor Inc
310 NE 291 Highway
Lees Summit MO 64086


The Metcalf Development LLC
6310 Lamar
Suite 220
Mission KS 66202


Triton Cleaning Corporation
10620 WIDMER RD
Lenexa KS 66200


USPS Hasler Infosync Account
1938 N. Woodlawn
Suite 110
USPS Hasler Postage Account
Wichita KS 67208


Village West Association, Inc.
c/o Kessinger Hunter & Co.
2600 Grand Blvd.
Suite 700
Kansas City MO 64108

```
Waitwhile Inc.
548 Market St
Suite 45862
San Francisco CA 94104


Wassenburg Holdings, LLC
1313 N. 13th St.
Marysville KS 66508


Wassengberg Holdings LLC
1313 N. 13th St.
Marysville KS 66508


Wheatland Waters Inc.
P.O. Box 843142
Kansas City MO 64184-3142
```

# United States Bankruptcy Court
## District of Kansas

In re    Apple Central KC, LLC, a Kansas limited liability company     Case No. _____

Debtor(s)     Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Signatory of the Limited Liability Company named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    October 30, 2024

      */s/ Michael Rummel*
      Michael Rummel/Authorized Signatory
      Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re    Apple Central KC, LLC, a Kansas limited liability company

                    Debtor(s)

Case No. _____

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| American Franchise Capital III<br>166 W. Putnam Ave.<br>Greenwich, CT 06830 | | | 100% Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Authorized Signatory of the Limited Liability Company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    October 30, 2024

Signature    /s/ Michael Rummel
                       Michael Rummel

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Kansas

In re  Apple Central KC, LLC, a Kansas limited liability company

Case No. _____

Debtor(s)

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| American Franchise Capital III<br>166 W. Putnam Ave.<br>Greenwich, CT 06830 | | | 100% Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Representative of the Limited Liability Company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  October 30, 2024

Signature  /s/ Michael Rummel

Michael Rummel

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# U.S. BANKRUPTCY COURT
## DISTRICT OF KANSAS

**In re:** Apple Central KC, LLC, a Kansas limited liability company     **Case No.** _____

### DEBTOR(S) ELECTRONIC NOTICING REQUEST(DeBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☑ **INITIAL ACTIVATION REQUEST:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email.)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that my email address will appear publicly on any certificate of mailing filed by the electronic noticing provider.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents filed by the court in any current or future bankruptcy or adversary case from any bankruptcy court in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntary, and I may file a request to deactivate my account at any time.

☐ **INITIAL DECLINATION:** (Check this box to decline receiving notices and orders from the U.S. Bankruptcy Court via email.)

☐ **UPDATE TO ACCOUNT INFORMATION:** (Check this box to make changes to your existing DeBN account.)

I request the following update(s) to my/our DeBN account:

    ☐ I have a new email address as indicated below.

    ☐ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

    ☐ I request reactivation of my DeBN account so that I may receive court notices and orders via email, instead of U.S. mail.

☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivation of your DeBN account.)
I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders filed by the U.S. Bankruptcy Court via U.S. mail, instead of email.
I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

**Under penalty of perjury,** I certify that I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have stated on this form. If I already have a different electronic noticing account, you may deactivate that account and create this DeBN account.

**Joint debtors who each request enrollment or already have a DeBN account must file separate forms.**
**If this form is being filed via U.S. mail, please include a copy of a photo identification.**

Debtor Signature: */s/ Michael Rummel*     Date: October 30, 2024
Print Name (and title a business debtor): Michael Rummel, CEO

| | |
|---|---|
| Email Address (CAPITAL letters only): | mrummel@afcbrands.com |
| Confirm Email Address (CAPITAL letters only): | mrummel@afcbrands.com |

For more information about the DeBN program, visit the Court's website at: www.ksb.uscourts.gov.     (5/16)

Case 24-21427   Doc# 1   Filed 10/30/24   Page 37 of 37